IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE KERYX BIOPHARMACEUTICALS, INC. | Civil Action No. 18-1589-CFC |

## ORDER

At Wilmington this First day of April in 2021:

For the reasons set forth in the Memorandum issued this day, **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss (D.I. 40) is **GRANTED** and Plaintiffs' Second Amended Complaint (D.I. 37) is **DISMISSED** with prejudice.

_____
UNITED STATES DISTRICT JUDGE