## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE KERYX BIOPHARMACEUTICALS, INC. | Lead Case No. 18-cv-01589-CFC |

## NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Notice is hereby given that John Andreula and Abraham Kiswani, as the Court-appointed Lead Plaintiffs in the above-captioned civil action ("Lead Plaintiffs"), hereby appeal to the United States Court of Appeals for the Third Circuit from (a) the Order dismissing with prejudice this action, entered on April 1, 2021 (D.I. 47) (annexed hereto as Exhibit A), and (b) the corresponding Memorandum Opinion, entered on April 1, 2021 (D.I. 46) (annexed hereto as Exhibit B).  A class has not yet been certified in this action.

Dated:  April 29, 2021

**OF COUNSEL:**
**WEISSLAW LLP**
Richard A. Acocelli
Michael A. Rogovin
Kelly K. Moran
1500 Broadway, 16th Floor
New York, New York 10036
Tel: (212) 682-3025
Fax: (212) 682-3010

*Attorneys for Lead Plaintiffs and Lead Counsel for the Putative Class*

By */s/ Ryan M. Ernst*
Ryan M. Ernst (No. 4788)
**BIELLI & KLAUDER, LLC**
1204 N. King Street
Wilmington, DE 19801
Tel.: (302) 803-4600
Email: rernst@bk-legal.com

*Liaison Counsel for Lead Plaintiffs and the Putative Class*

**BRAGAR EAGEL & SQUIRE, P.C.**
Melissa A. Fortunato
810 Seventh Avenue, Suite 620
New York, NY 10019
Tel: (802) 989-2947
Fax: (212) 214-0506
Email: fortunato@bespc.com

*Additional Counsel for Lead Plaintiffs*

## CERTIFICATE OF SERVICE

I, Ryan M. Ernst, hereby certify that on April 29, 2021, I caused a true and correct copy of the foregoing Notice of Appeal to the United States Court of Appeals for the Third Circuit and Exhibits A & B to be served upon all counsel of record via CM/ECF.

/s/ Ryan M. Ernst
Ryan M. Ernst (No. 4788)